**Card 1:**

Jansen

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NCO FINANCIAL SYSTEMS, INC.
c/o THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

(REGISTERED AGENT)
1:06cv403 (cmp/smo 20 dys)

2. Article Number (Transfer from service label): 7005 3110 0001 5725 7112

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature — X [Agent checked]
B. Received by (Printed Name)
C. Date of Delivery: 15 MAY 2006
D. Is delivery address different from item 1? [No]

3. Service Type: ☒ Certified Mail, ☑ Return Receipt for Merchandise
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**Card 2:**

Jansen

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RAY MCGHIE, EMPLOYEE OF NCO
FINANCIAL SYSTEMS, INC.
c/o THE CORPORATION TRUST CO.
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801
(REGISTERED AGENT)

1:06cv403 (cmp/smo 20 dys)

2. Article Number (Transfer from service label): 7005 3110 0001 5725 7129

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature — X
B. Received by (Printed Name)
C. Date of Delivery: 15 MAY 2006
D. Is delivery address different from item 1? [No]

3. Service Type: ☒ Certified Mail, ☑ Return Receipt for Merchandise
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540