IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MEREDITH L. JANSEN, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. 1:06 CV 403-VPM |
| ) | |
| VS. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| AND RAY MCGHIE, INDIVIDUALLY, ) | |
| ) | |
| DEFENDANTS. ) | |

## DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S, RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, NCO Financial Systems, Inc. (NCO), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc., a publicly held corporation incorporated in Pennsylvania. No publicly held corporation owns 10% or more of NCO Group, Inc. stock.

*s/Laura C. Nettles*
Laura C. Nettles, Esq. (ASB-5805-S63L)
Attorney for Defendant,
NCO Financial Systems, Inc.

**OF COUNSEL:**
LLOYD, GRAY & WHITEHEAD
2501 20th Place South, Suite 300
Birmingham, AL 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing document to all attorneys of record by electronically filing the foregoing document with the United States District Court, Middle District of Alabama on this the  5th  day of  June , 2006:

David G. Poston, Esq.
BROCK & STOUT
Post Office Drawer 311167
Enterprise, Alabama 35331

                                           *s/Laura C. Nettles*
                                           Of Counsel