## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MEREDITH L. JANSEN, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 1:06 CV 403-WHA |
| | ) | |
| VS. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| AND RAY MCGHIE, INDIVIDUALLY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on **June 27, 2006** and was attended by:

David G. Poston, Esq. on behalf of the Plaintiff; and Laura C. Nettles, Esq. on behalf of Defendant NCO Financial Systems, Inc.

The Parties do not request a conference with the Judge before entry of the Scheduling Order.

1.      Plaintiff seeks actual and statutory damages, costs and attorneys fees for violations of the Fair Debt Collection Practices Act, 15 USC Section 1692, et. seq.  The Plaintiff also seeks actual and punitive damages for the Defendants' invasion of the Plaintiff's right of privacy; the Defendants' intentional infliction of emotional distress; and the Defendant's, NCO Management Services, Inc.'s,

negligent supervision.

The Defendant readopts and realleges all affirmative defenses from the Answer filed in response to Plaintiff's Complaint as if fully set forth herein.

Defendant denies all Plaintiff's allegations and contentions which were or which could have been stated in Plaintiff's Complaint.

2.      This jury action would be ready for trial by **May 21, 2007**, and, at this time, is expected to take approximately two (2) days to try.

3.      The Parties request a pretrial conference on or about **April 9, 2007**.

4.      **Discovery Plan**.    The Parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects:

1.      The circumstances and allegations of the Plaintiff's Complaint;

2.      Legal defenses of the Defendant.

All discovery shall be commenced in time to be completed by **December 1, 2006**.

Maximum of 25 interrogatories by each party to any other party.  Responses due 30 days after service.

Maximum of 35 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 5 depositions by Plaintiff and 5 by Defendant exclusive of expert depositions, unless extended by agreement. No single deposition may exceed 8 hours in length, unless extended by agreement.

Supplementation under Rule 26(e) due within thirty days after the attorney learns of the information requiring said supplementation.

5.   **Initial Disclosures.**  The Parties will exchange by **July 28, 2006** the information required by Fed. R. Civ. P. 26 (a) (1).

6.   Plaintiff should be allowed until **August 18, 2006** to join additional parties and to amend the pleadings.  Defendant should be allowed until **September 1, 2006** to join additional parties and to amend the pleadings.

7.   Reports from retained experts under Rule 26 (a) (2) due:

from Plaintiffs by **October 2, 2006.**

from Defendant by **November 3, 2006.**

8.   **Pretrial Disclosures.**  Final lists of witnesses and exhibits under Rule 26 (a) (3) due 15 days prior to the trial date as set by subsequent pretrial order of this court.

9.   All potentially dispositive motions should be filed by **January 8, 2007** or 10 days prior to close of discovery if discovery is subsequently extended. Any briefs or materials in response are due 20 days after the date of the filing of any dispositive motions.

10.   All *in limine* motions based should be filed on or about **April 9, 2007.**

11.     Settlement cannot be realistically evaluated prior to **December 1,**

**2006.**

12.     At the conclusion of this parties planning meeting, plaintiff's counsel

David G. Poston, Esq. granted defendant's counsel Laura C. Nettles, Esq.

permission to include his electronic signature on this Report of Parties Planning

Meeting in order to facilitate the filing of this document.

**Done this the 5th day of July, 2006.**

Respectfully submitted,

*/s/Laura C. Nettles*
Laura C. Nettles (ASB-5805-S63L)
Attorney for Defendant
NCO Financial Systems, Inc.

**OF COUNSEL**:
**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
(205) 967-8822 Telephone
(205) 967-2380 Facsimile

*/s/David G. Poston*
David G. Poston,
Attorney for Plaintiff
Meredith L. Jensen

**OF COUNSEL:**
**BROCK & STOUT**
Post Office Drawer 311167
Enterprise, Alabama 36331
(334) 671-5555 Telephone