IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

MEREDITH L. JANSEN,                )
                                   )
    PLAINTIFF,                     )
                                   )
vs.                                )    CASE #: 1:06-CV-403-WHA
                                   )
NCO FINANCIAL SYSTEMS, INC.,    &  )    **JURY DEMAND**
RAYAD MOHAMMAD, INDIVIDUALLY, A/K/A )
RAY MCGHIE,                        )
                                   )
    DEFENDANTS.                    )

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date served a copy of the Second Amended Complaint upon the Clerk of Court and upon Laura Nettles, Esq., LLOYD, GRAY & WHITEHEAD, P.C., Attorney for NCO Financial Systems, Inc., 2501 20th Place South, Suite 300, Birmingham, Alabama 35223, and upon Rayad Mohammad by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed *or* by electronic mail this the **14th** day of **July**, 2006.


                                        /s/ *David G. Poston*
                                        David G. Poston