IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEREDITH L. JANSEN, )<br>)<br>    PLAINTIFF, )<br>)<br>vs. )<br>)<br>)<br>NCO FINANCIAL SYSTEMS, INC.; )<br>RAY MCGHIE, INDIVIDUALLY, )<br>)<br>    DEFENDANTS. ) | CASE #: 1-06-CV-403-WHA<br><br>**JURY DEMAND** |

## MOTION TO AMEND COMPLAINT

COMES NOW the Plaintiff, Meredith L. Jansen, by and through the undersigned attorney and moves this Honorable Court to allow her to amend her Complaint. As grounds for her motion, the Plaintiff states as follows:

1. The Plaintiff originally filed her Complaint against the Defendants, NCO Financial Systems, Inc., and Ray McGhie, Individually, pursuant to Case No. 1:06-cv-403-WHA on May 4, 2006. On May 9, 2006, Plaintiff filed an Amended Complaint to correct a typographical error.

2. The principle acts complained of in the initial Complaint and the Amended Complaint were initiated by a person identifying himself as Ray McGhie, respectively.

3. As part of the Defendant's initial disclosures, the individual identified in the Complaint as Ray McGhie was identified as Rayad Mohammad, with a last known address of 111 Cosburn Avenue, Apt. 201, Toronto, Ontario M4J2L1.

4. The Plaintiff desires to amend her Complaint to correctly identify the individual Defendant, Ray McGhie as Rayad Mohammad.

5.     A copy of the proposed Second Amended Complaint is attached hereto as Exhibit "A."

WHEREFORE, Plaintiff moves this Honorable Court, pursuant to Federal Rule of Civil Procedure Rule 15(a), to permit the Plaintiff to amend her Amended Complaint to correct information as it pertains to the individual Defendant listed in her Amended Complaint as Ray McGhie, and for all other relief that is just.

Respectfully submitted,

BROCK & STOUT

*/s/ David G. Poston*
David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email christal02@centurytel.net