IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

MEREDITH L. JANSEN,                    )
                                       )
    PLAINTIFF,                         )
                                       )
vs.                                    )     CASE #: 1:06-CV-403-WHA
                                       )
NCO FINANCIAL SYSTEMS, INC.,    &      )     **JURY DEMAND**
RAYAD MOHAMMAD, INDIVIDUALLY, A/K/A    )
RAY MCGHIE,                            )
                                       )
    DEFENDANTS.                        )

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have this date served a copy of the Motion To Amend Complaint upon the Clerk of Court and upon Laura Nettles, Esq., LLOYD, GRAY & WHITEHEAD, P.C., Attorney for NCO Financial Systems, Inc., 2501 20th Place South, Suite 300, Birmingham, Alabama 35223, and upon Rayad Mohammad by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed *or* by electronic mail this the **17th** day of **July**, 2006.


                                                         */s/ David G. Poston*
                                                         David G. Poston