IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEREDITH L. JANSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:06cv403-WHA |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For good cause shown, the Motion to Amend Complaint (Doc. #13), filed on July 17, 2006, is GRANTED, and Plaintiff is allowed to file her Second Amended Complaint (Doc. #12), which was filed on July 14, 2006. The Plaintiff is DIRECTED to promptly perfect service on the new Defendant, Rayaud Mohammad, in the manner required by the *Federal Rules of Civil Procedure*.

DONE this 27th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE