THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MEREDITH L. JANSEN, ) | |
| ) | CASE NO. 1:06 CV 403-VPM |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | **MOTION TO APPEAR PRO HAC VICE** |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| AND RAY MCGHIE, INDIVIDUALLY, ) | |
| ) | |
| DEFENDANTS. ) | |

In accordance with Local Rule 83.1 of the United States District Court for the Middle District of Alabama, the undersigned attorney respectfully moves for the admission of David Israel, of Sessions, Fishman & Nathan, L.L.P., 3850 N. Causeway Blvd., Suite 1240, Metairie, Louisiana 70002-1752, (504) 828-3700, for the purpose of appearing as co-counsel on behalf of NCO Financial Systems, Inc., defendant herein, in the above styled case only.

David Israel certifies herewith that he has studies the Local Rules of this Court and is a member of good standing of the Louisiana State Bar, All Louisiana State Courts and U.S.D.C. Eastern, Western and Middle Districts of Louisiana. Attached hereto is a certificate of good standing from the Clerk of the United States District for the Eastern District of Louisiana.

Dated: August 16, 2006.

_____
David Israel

Mr. Israel, as affiant, sworn to and subscribed before me this 16th day of August 2006.

Brian D. Roth
Notary Public
State of Louisiana
Bar No. 22148
My commission is for life.

_____
Notary Public

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via U.S. Mail to: Gary W. Stout, Esq., Brock & Stout, L.L.C., P. O. Drawer 311167, Enterprise, Alabama 36331-1167.

_____
Laura Nettles