AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

Eastern   **DISTRICT OF**   Louisiana

**CERTIFICATE OF
GOOD STANDING**

I, _____Loretta G. Whyte_____, *Clerk of this Court,*

certify that _____David Israel_____, *Bar #* _____7174_____,

was duly admitted to practice in this Court on

_____10/14/1981_____, *and is in good standing*
DATE

as a member of the Bar of this Court.

Dated at _____New Orleans, Louisiana_____ on _____8/29/2006_____.
LOCATION                                                  DATE

*Loretta G Whyte*
CLERK

_____
DEPUTY CLERK

**EXHIBIT
A**