IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MEREDITH L. JANSEN | * | |
| | * | CASE NO. 1:06-cv-00403-VPM |
| PLANTIFF, | * | |
| | * | |
| VS. | * | |
| | * | |
| NCO FINANCIAL SYSTEMS, INC., | * | |
| AND RAY MCGHIE, INDIVIDUALLY, | * | |
| | * | |
| DEFENDANTS. | * | |

### PLAINTIFF'S MOTION TO COMPEL

Plaintiff moves for an order compelling defendant to respond to production requests 8 and 9. On September 19, 2006, Defendant objected to discovery served on August 15, 2006, on the basis of unsubstantiated boilerplate. The reasons are set forth in the attached memorandum. A copy of the discovery request is appended to the Court's copy hereof.

/s/ *Gary W. Stout*
Gary W. Stout, Esq.
David Poston, Esq.
Attorneys for Plaintiff
Brock & Stout, L.L.C.
P. O. Box 311167
Enterprise, AL  36331-1167
(334) 393-4357
(334) 393-0026 facsimile

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a copy of the foregoing was served upon the following: Laura Nettles, Esq., Lloyd, Gray & Whitehead, P.C., Attorney for Defendant, 2501 20th Place South, Suite 300, Birmingham, AL 35223, David Israel, Sessions, Fishman & Nathan, L.L.P., 3850 N. Causeway Blvd., Suite 1240, Metairie, La 70002, Ken Grace, 9009 Corporate Lake Drive, Suite 300S, Tampa, FL 33634, the Court's Electronic Case Filing System or placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid this the <u>4th</u> day of <u>October</u>, 2006.

s/ *Gary W. Stout*
Gary W. Stout, Esq.