IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MEREDITH L. JANSEN | * | |
| | * | CASE NO. 1:06-cv-00403-VPM |
| PLANTIFF, | * | |
| | * | |
| VS. | * | |
| | * | |
| NCO FINANCIAL SYSTEMS, INC., | * | |
| AND RAY MCGHIE, INDIVIDUALLY, | * | |
| | * | |
| DEFENDANTS. | * | |

**PLAINTIFF'S SECOND MOTION TO COMPEL**

Plaintiff moves for an order compelling defendant to respond to production requests 8 and 9. On September 19, 2006, Defendant objected to discovery served on August 15, 2006, on the basis of unsubstantiated boilerplate. On October 5, 2006, this Honorable Court denied the relief requested. Counsel now proffers that the parties cannot resolve the issue due to the Defendant's insistence of a signed confidentiality agreement before producing admitted discoverable documents. The reasons are set forth in the attached memorandum. A copy of the discovery request is appended to the Court's copy hereof.

/s/ *Gary W. Stout*
Gary W. Stout, Esq.
David Poston, Esq.
Attorneys for Plaintiff
Brock & Stout, L.L.C.
P. O. Box 311167
Enterprise, AL  36331-1167
(334) 393-4357
(334) 393-0026 facsimile

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing was served upon the following: Laura Nettles, Esq., Lloyd, Gray & Whitehead, P.C., Attorney for Defendant, 2501 20th Place South, Suite 300, Birmingham, AL   35223, David Israel, Sessions, Fishman & Nathan, L.L.P., 3850 N. Causeway Blvd., Suite 1240, Metairie, La  70002, Ken Grace, 9009 Corporate Lake Drive, Suite 300S, Tampa, FL  33634, the Court's Electronic Case Filing System or placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid this the 10th  day of October , 2006.


s/ *Gary W. Stout*
Gary W. Stout, Esq.