**EXHIBIT "C"**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MEREDITH L. JANSEN, ) | |
| ) | |
| PLAINTIFF, ) | CASE NO. 1:06 CV 403-VPM |
| ) | |
| VS. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| AND RAY MCGHIE, INDIVIDUALLY, ) | |
| ) | |
| DEFENDANTS. ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF NCO'S MOTION FOR PROTECTIVE ORDER**

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF MONTGOMERY

BEFORE ME, being first duly sworn is, Douglas R. Whitcomb who, upon oath, deposes and states:

1. I am the Vice-President of Corporate Training for NCO Financial Systems, Inc. (NCO), and have held successive training positions for NCO since January 1998. In my training role, I oversee the day-to-day corporate training function and help ensure that NCO's collector representatives understand NCO's policies and procedures, as well as applicable law regarding their responsibilities.

2. NCO has created training manuals, policies, and procedures with regard to debt collection. To help accomplish my training responsibilities, I assisted in the development of the yet to be released and modified NCO Collector Training Manual and related other training materials. NCO uses significant efforts to prevent its training materials from leaving its facilities by ensuring that all employees understand the confidentiality of these materials.

3. The Training Manual and various other materials and policies contain corporate proprietary information of which NCO has committed countless hours, significant resources and effort to design, create, and keep confidential and to prevent from public dissemination. It is impossible to estimate the initial and on-going cost to develop such materials, since dozens of professionals and operational personnel

AFFIDAVIT OF DOUGLAS R. WHITCOMB
PAGE 2

have been involved dedicating what I estimate to be hundreds of hours drafting, refining and checking to ensure that the Manual and related materials will assist NCO's representatives.

4. Because of the amount of time, effort, and resources used to create the NCO corporate proprietary information and keep it confidential, except upon the request of regulators that oversee NCO's compliance obligations and clients who have committed to confidentiality, to the best of my knowledge, NCO has never disclosed the entire Manual or its training materials to anyone outside of NCO, absent a confidentiality agreement or court order. NCO prohibits any of its representatives from keeping any training materials that they receive upon leaving NCO.

5. NCO is the largest debt collection company in the world and its competitors would like to acquire NCO's corporate proprietary training materials at no cost.

6. If the confidential training items were disclosed to third parties, it would be virtually impossible to prevent their dissemination.

7. In light of today's technology, *e.g.*, computers, scanners, faxes, etc., it would take minimal effort to send the information to thousands of people or to post the information on web sites, chat rooms, and blogs.

8. Third party disclosure of NCO's debt collection manuals, policies, and procedures, would place NCO at a disadvantage with competitors, since competitors would gain NCO's work product at no cost.

9. The information contained in this affidavit is true and correct to the best of my information, knowledge and belief.

_____
DOUGLAS R. WHITCOMB

Sworn to and subscribed
before me this 17th day
of October, 2006.

_____
NOTARY PUBLIC

Commonwealth of Pennsylvania
NOTARIAL SEAL
MARY ANN ARMSTRONG, NOTARY PUBLIC
Horsham Township, Montgomery County
My Commission Expires May 21, 2009

2