THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MEREDITH L. JANSEN, | ) | |
| | ) | CASE NO. 1:06 CV 403-VPM |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | **MOTION TO APPEAR PRO HAC VICE** |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| AND RAY MCGHIE, INDIVIDUALLY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

In accordance with Local Rule 83.1 of the United States District Court for the Middle District of Alabama, the undersigned attorney respectfully moves for the admission of Kenneth C. Grace, of Sessions, Fishman & Nathan, L.L.P., 9009 Corporate Lake Drive, Suite 300-S, Tampa, FL 33634, (813) 890-2465, for the purpose of appearing as co-counsel on behalf of NCO Financial Systems, Inc., defendant herein, in the above styled case only.

Kenneth C. Grace certifies herewith that he has studied the Local Rules of this Court and is a member of good standing of the Florida State Bar and U.S.D.C. Northern, Middle, and Southern Districts of Florida. Attached hereto is a Certificate of Good Standing from the Florida Bar.

Dated: September 22, 2006.

_____
Kenneth C. Grace

Mr. Grace, as affiant, sworn to and subscribed before me this 22nd day of September 2006.

_____
Notary Public

MICHELE J. MOORE
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD376650
EXPIRES 12/5/2008
BONDED THRU 1-888-NOTARY1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via U.S. Mail to: Gary W. Stout, Esq., Brock & Stout, L.L.C., P. O. Drawer 311167, Enterprise, Alabama 36331-1167.

Laura Nettles