**EXHIBIT "A"**

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MEREDITH L. JANSEN, | ) |
| | ) CASE NO. 1:06 CV 403-VPM |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) **ORDER GRANTING MOTION TO** |
| | ) **APPEAR PRO HAC VICE** |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| AND RAY MCGHIE, INDIVIDUALLY, | ) |
| | ) |
| DEFENDANTS. | ) |

This cause has come before the Court upon application of Kenneth C. Grace, counsel for NCO Financial Systems, Inc., defendant herein, for permission to appear and participate pro hac vice in the above styled case. Being fully advised, the Court,

ORDERS, ADJUDGES and DECREES, that said motion be, and the same is hereby GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Montgomery, Alabama, this ___ day of _____ 2006.

_____
DISTRICT JUDGE