# EXHIBIT "B"

AO 136 (Rev. 11/99) Certificate of Good Standing

# United States District Court

Middle District of Florida

**CERTIFICATE OF
GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

KENNETH C. GRACE, Bar #0658464, was duly admitted to

practice in this court on July 19, 2005, and is in good standing

as a member of the Bar of this Court.

Dated at Tampa, Florida on October 6, 2006

SHERYL L. LOESCH, CLERK                 Rebecca J Hockett
                                                                            Deputy Clerk