IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEREDITH L. JANSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 1:06cv403-WHA |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion to Admit Pro Hac Vice (Doc. #23), filed on October 19, 2006, and it appearing that Kenneth C. Grace is a member in good standing of the United States District Court for the Middle District of Florida, it is ORDERED that the motion be and the same is hereby **GRANTED**.

DONE this 23rd day of October, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE