IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  ) | |
| ) | |
| MEREDITH L. JANSEN,  ) | |
| ) | |
| PLAINTIFF,  ) | CASE NO. 1:06 CV 403-VPM |
| ) | |
| VS.  ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC.,  ) | |
| AND RAY MCGHIE, INDIVIDUALLY, ) | |
| ) | |
| DEFENDANTS.  ) | |
| _____) | |

### AGREED UPON NOTICE OF MOOTNESS AND WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL AND DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant, NCO Financial Systems, Inc. ("NCO"), by and through the undersigned counsel and in agreement with plaintiff, Meredith L. Jansen, respectfully notifies the Court of the withdrawal of Plaintiff's Second Motion to Compel and Defendant's Motion for Protective Order and states as follows:

.   On October 25, 2006, Gary W. Stout, counsel for plaintiff, signed the Confidentiality Agreement, and Kenneth C. Grace, counsel for NCO, provided the requested documents. Therefore, plaintiff's Second Motion to Compel and defendant's Motion for Protective Order is now moot.

WHEREFORE, based on the foregoing, and in agreement with plaintiff, defendant, NCO, respectfully requests that plaintiff's Second Motion to Compel and defendant's Motion for Protective Order be withdrawn.

        Respectfully Submitted,

/s/ Kenneth C. Grace
Kenneth C. Grace, Esq., *Pro Hac Vice*
Sessions, Fishman & Nathan, L.L.P.
9009 Corporate Lake Drive, Suite 300-S
Tampa, FL 33634
Telephone No.: (813) 890-2465
Facsimile No.: (813) 889-9757

David Israel, Esq.
Sessions, Fishman & Nathan, L.L.P.
Lakeway Two, Suite 1240
3850 N. Causeway Blvd.
Metairie, LA 70002
Telephone No.: (504) 828-3700
Facsimile No.: (504) 828-3737

Laura C. Nettles, Esq.
Lloyd, Gray & Whitehead
2501 20th Place South, Suite 300
Birmingham, AL 35223
Telephone No.: (205) 967-8822
Facsimile No.: (205) 967-2380
Counsel for NCO Financial Systems, Inc

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of November, 2006, a true and correct copy of the foregoing Notice was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

        David G. Poston, Esq.
        Michael D. Brock, Esq.
        Gary Wyatt Stout, Esq.
        803 East Lee Street
        Enterprise, AL 36330

        /s/ Kenneth C. Grace
        Kenneth C. Grace, Esq., *Pro Hac Vice*