IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEREDITH L. JANSEN,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | CIVIL ACTION NO. 1:06CV403-WHA |
| ) | [WO] |
| NCO FINANCIAL SYSTEMS,       ) | |
| INC., et al.,       ) | |
| ) | |
| Defendants.       ) | |

## ORDER ON MOTION

Based upon the Agreed Upon Notice of Mootness and Withdrawal of Plaintiff's Motion to Compel and Defendant's Motion for Protective Order (Doc. #25), filed on 1 November 2006, and for good cause, it is

ORDERED that the Second Motion to Compel (Doc. #20) filed on 10 October 2006 is DENIED as moot.

DONE this 2nd day of November, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE