**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MEREDITH L. JANSEN, | ) | |
| | ) | |
| PLAINTIFF, | ) | CASE NO. 1:06 CV 403-VPM |
| | ) | |
| VS. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| AND RAY MCGHIE, INDIVIDUALLY, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**AGREED UPON MOTION TO EXTEND DISCOVERY DEADLINE**

Defendant, NCO Financial Systems, Inc. ("NCO"), in agreement with plaintiff, Meredith L. Jansen, by and through the undersigned attorney and pursuant to Fed. R. Civ. P., 7 & 16 and U.S.D.C. M.D. Ala. Local Rule 16.1(a), moves the Court to extend the discovery deadline and states the following as grounds:

The December 1, 2006 discovery cut-off should be continued until February 1, 2006 to allow parties additional time to coordinate, schedule, and conduct three (3) depositions each for a total of six (6) necessary depositions in this matter. There are no dates in between now and December 1, 2006 that are open and available for both parties both parties' counsel, and each of the deponents to conduct the depositions.

**WHEREFORE,** NCO respectfully requests that this Court extend the December 1, 2006 discovery cut-off date to February 2, 2006 and for such other relief as this Court deems just and proper.

Dated this 13th day of November, 2006.

                                Respectfully Submitted,

                                /s/ Kenneth C. Grace
                                Kenneth C. Grace, Esq., *Pro Hac Vice*
                                Sessions, Fishman & Nathan, L.L.P.
                                9009 Corporate Lake Drive, Suite 300-S
                                Tampa, FL 33634
                                Telephone No.: (813) 890-2465
                                Facsimile No.: (813) 889-9757

                                David Israel, Esq. *Pro Hac Vice*
                                Sessions, Fishman & Nathan, L.L.P.
                                Lakeway Two, Suite 1240
                                3850 N. Causeway Blvd.
                                Metairie, LA 70002
                                Telephone No.: (504) 828-3700
                                Facsimile No.: (504) 828-3737

                                Laura C. Nettles, Esq.
                                Lloyd, Gray & Whitehead
                                2501 20th Place South, Suite 300
                                Birmingham, AL 35223
                                Telephone No.: (205) 967-8822
                                Facsimile No.: (205) 967-2380
                                Counsel for NCO Financial Systems, Inc

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 13th day of November, 2006, a true and correct copy of the foregoing Notice was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

        David G. Poston, Esq., Michael D. Brock, Esq. & Gary Wyatt Stout, Esq.
                  803 East Lee Street, Enterprise, AL 36330

                                /s/ Kenneth C. Grace
                                Kenneth C. Grace, Esq., *Pro Hac Vice*