IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEREDITH L. JANSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:06cv403-WHA |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Agreed Upon Motion to Extend Discovery Deadline (Doc. #27), it is hereby

ORDERED that the discovery deadline contained in the Uniform Scheduling Order is extended to February 2, 2007. It is further ORDERED that all other deadlines contained in the Uniform Scheduling Order shall remain unchanged.

DONE this 14th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE