IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEREDITH L. JANSEN, | ) |
| PLAINTIFF, | ) |
| vs. | ) CASE #: 1:06-CV-403 |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| DEFENDANT. | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, Meredith L. Jansen, and the Defendant, NCO Financial Systems, Inc., by and through their undersigned attorneys of record, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate that the above-styled case be dismissed, with prejudice, such dismissal to operate as a dismissal with prejudice of all the claims asserted in this case and any other known claims, raised, or which could have been raised in this case by the Plaintiff or the Defendant, or otherwise, with regard to the subject matter herein, with each party to bear their own costs.

Dated this 27th day of Feb, 2007.

_____
David G. Poston, Esq.
Attorney for Plaintiff
BROCK & STOUT
807 E. Lee Street
Post Office Drawer 311167
Enterprise, Alabama 36331
(334)671-5555

_____ Kenneth Grau, Esq. for
David Israel
Attorney for Defendant
SESSIONS, FISHMAN & NATHAN, LLP.
3850 N. Causeway Blvd.
Lakeway Two, Ste 1240
Metairie, Louisiana 70002
(504) 828-3700